IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| KENNETH HILL, | ) | |
| | ) | |
| Petitioner | ) | |
| | ) | |
| vs. | ) | No. CIV-05-400-C |
| | ) | |
| JOHN WHETSEL, | ) | |
| | ) | |
| Respondent | ) | |

MEMORANDUM OPINION AND ORDER

This matter is before the Court on the Report and Recommendation entered by the United States Magistrate Judge on April 20, 2005. The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation of the Magistrate Judge is adopted and the petition for writ of habeas corpus is dismissed, without prejudice. A judgment will enter accordingly.

IT IS SO ORDERED this 25th day of May, 2005.

ROBIN J. CAUTHRON
United States District Judge